UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re: ZYPREXA PRODUCTS LIABILITY
LITIGATION

------------------------------------------------------------X
JIM HOOD, ATTORNEY GENERAL OF THE
STATE OF MISSISSIPPI, ex rel THE STATE OF
MISSISSIPPI,

    Plaintiffs,

    vs.

ELI LILLY & COMPANY,

    Defendant.
------------------------------------------------------------X

MEMORANDUM &
ORDER

04-MD-1596

07-CV-645

JACK B. WEINSTEIN, Senior United States District Judge:

Plaintiff makes a brilliant argument supporting his motion to remand. Nonetheless, the case is essentially the same as cases in which identical motions have been denied. *See West Virginia ex rel. McGraw v. Eli Lilly & Co.*, 476 F. Supp. 2d 230 (E.D.N.Y. 2007); *State of Louisiana ex rel. Foti v. Eli Lilly & Co.*, 375 F. Supp. 2d 170 (E.D.N.Y. 2005).

The motion to remand is denied.

SO ORDERED.

Jack B. Weinstein

Date: June 5, 2007
      Brooklyn, N.Y.

