UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re: ZYPREXA                                      :    MDL No. 1596
PRODUCTS LIABILITY LITIGATION                       :
-----------------------------------------------------------X
JIM HOOD, ATTORNEY GENERAL OF THE          07-CV-645 (JBW)
STATE OF MISSISSIPPI, *ex rel* THE STATE OF      :
MISSISSIPPI                                         :
              Plaintiff,                            :
                                                    :
        vs.                                         :
                                                    :
ELI LILLY AND COMPANY,                              :
              Defendant.

## STIPULATION OF DISMISSAL

Plaintiff and defendant agree, pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action is hereby dismissed with prejudice, each party to bear its own costs.

| | |
|---|---|
| F. Kenneth Bailey | Nina M. Gussack |
| Fletcher V. Trammell | George A. Lehner |
| BAILEY PERRIN BAILEY | PEPPER HAMILTON LLP |
| 440 Louisiana Street | 3000 Two Logan Square |
| Suite 2100 | Eighteenth & Arch Streets |
| Houston, TX 77002-4206 | Philadelphia, PA 19103-2799 |
| (713) 425-7100 | (215) 981-4000 |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |

Dated: January 25, 2010